# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Western Division

Kim Cogdill

                        Plaintiff,

v.                                           Case No.: 3:18−cv−50149
                                                            Honorable Philip G.
                                                            Reinhard

Crystal Pines Rehabilitation and Health Care
Center, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 27, 2018:

      MINUTE entry before the Honorable Philip G. Reinhard: Pursuant to the stipulation to dismiss [27] this case is dismissed with prejudice. Any pending motions and deadlines are moot and all previously scheduled hearings are canceled. Civil case terminated. Electronic notice (kms)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.